**OUTTEN & GOLDEN LLP**
Ossai Miazad*
Gregory Chiarello
Christopher M. McNerney*
Eliana J. Theodorou*
Chiamaka Echebiri*
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Email: gchiarello@outtengolden.com
Email: om@outtengolden.com
Email: cmcnerney@outtengolden.com
Email: etheodorou@outtengolden.com
Email: cechebiri@outtengolden.com

**OUTTEN & GOLDEN LLP**
Pooja Shethji*
601 Massachusetts Avenue NW, Suite 200W
Washington, DC 20001
Telephone: (202) 847-4400
E-mail: pshethji@outtengolden.com

**YOUTH REPRESENT**
Michael C. Pope*
Shomari Ward*
11 Park Place, Suite 1512
New York, New York 10007
Telephone: (646) 759-8080
Email: mpope@youthrepresent.org
Email: sward@outthrepresent.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Classes*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JACQUELINE RAMOS and EDWIN JOHNSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>WALMART INC.,<br><br>      Defendant. | Case No. 21-13827-BRM-AME<br><br>Judge Brian R. Martinotti<br>Magistrate Judge André M. Espinosa |

**NOTICE OF PLAINTIFFS' CROSS-MOTION FOR
PARTIAL JUDGMENT ON THE PLEADINGS**

  **PLEASE TAKE NOTICE** that upon the Brief in Support of Plaintiffs' Cross-Motion for

Partial Judgment on the Pleadings, Plaintiffs will move this Court on October 3, 2022, or as soon

thereafter as counsel can be heard, for a judgment establishing that a six-year statute of

limitations period applies to claims under the Pennsylvania Criminal History Information Act, pursuant to 42 Pa.C.S.A. § 5527(b).

Dated: August 30, 2022

Respectfully submitted,

/s/ Gregory Chiarello

OUTTEN & GOLDEN LLP
Ossai Miazad*
Gregory Chiarello
Christopher M. McNerney*
Eliana J. Theodorou*
Chiamaka Echebiri*
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Email: gchiarello@outtengolden.com
Email: om@outtengolden.com
Email: cmcnerney@outtengolden.com
Email: etheodorou@outtengolden.com
Email: cechebiri@outtengolden.com

OUTTEN & GOLDEN LLP
Pooja Shethji*
601 Massachusetts Avenue NW, Suite 200W
Washington, DC 20001
Telephone: (212) 245-1000
Email: pshethji@outtengolden.com

YOUTH REPRESENT
Michael C. Pope*
Shomari Ward*
11 Park Place, Suite 1512
New York, New York 10007
Telephone: (646) 759-8080
Email: mpope@youthrepresent.org
Email: sward@outthrepresent.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs and the Putative Classes*

## CERTIFICATE OF SERVICE

I, Gregory Chiarello, an attorney, hereby certify that on August 30, 2022, I caused to be served a copy of the foregoing Notice of Plaintiffs' Cross-Motion for Partial Judgment on the Pleadings in the above entitled action using the CM/ECF system, which sent notification of this filing to all counsel of record.

*/s/ Gregory Chiarello*
Gregory Chiarello
