# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACQUELINE RAMOS and EDWIN JOHNSON, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>WALMART INC.,<br><br>          Defendant. | Case No. 2:21-cv-13827-BRM-AME<br><br>Judge Brian R. Martinotti<br>Magistrate Judge André M. Espinosa |

### [PROPOSED] ORDER ISSUING A PARTIAL JUDGMENT ON THE PLEADINGS

Upon consideration of Defendant's Motion for Partial Judgment on the Pleadings and Plaintiffs' Cross-Motion for Partial Judgment on the Pleadings, it is hereby ORDERED that a six-year statute of limitations period applies to Plaintiff Johnson's Pennsylvania Criminal History Information Act claim, pursuant to 42 Pa.C.S.A. § 5527(b).  Accordingly, Defendant's Motion for Partial Judgment on the Pleadings is DENIED, and Plaintiffs' Cross-Motion for Partial Judgment on the Pleadings is GRANTED.


DATED:

_____
Hon. Brian R. Martinotti
United States District Judge