# Exhibit B

| | |
|---|---|
| **From:** | Mordecai, Emily |
| **To:** | Shethji, Pooja; Waskom, Thomas R.; Quackenboss, Bob; Gaunt, Kevin E.; Podolny, Meghan A.; Butler, Daniel |
| **Cc:** | Walmart Plaintiffs Counsel; Thomason, Nicholas |
| **Subject:** | RE: Walmart_Ramos - Walmart"s Notice of Intent to Serve Subpoena |
| **Date:** | Friday, September 2, 2022 9:04:07 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image006.png<br>image008.png |

Hi Pooja—we have already sent these out for service, and my understanding is that at least some have already been served. Happy to discuss next week if you are still wanting to set up a meet and confer.

**From:** Shethji, Pooja <PShethji@outtengolden.com>
**Sent:** Thursday, September 1, 2022 6:16 PM
**To:** Mordecai, Emily <EMordecai@hunton.com>; Waskom, Thomas R. <twaskom@hunton.com>; Quackenboss, Bob <rquackenboss@hunton.com>; Gaunt, Kevin E. <KGaunt@hunton.com>; Podolny, Meghan A. <mpodolny@hunton.com>; Butler, Daniel <DButler@hunton.com>
**Cc:** Walmart Plaintiffs Counsel <WalmartPlaintiffsCounsel@outtengolden.com>; Thomason, Nicholas <NThomason@hunton.com>
**Subject:** RE: Walmart_Ramos - Walmart's Notice of Intent to Serve Subpoena

Caution: This email originated from outside of the firm.

Hi Emily,

Serving the subpoenas has the potential to cause prejudice, including damaging job references and future job prospects, that cannot easily be undone after the fact. My prior email listed the topics we would like to meet and confer about. We believe that the documents sought in the subpoenas are overbroad, and in particular the request for any documents beyond the named plaintiffs' application for employment.

If the parties cannot come to an agreement then the court should have an opportunity to weigh in before they are served. The discovery schedule has been pushed out such that Walmart will not be prejudiced by delaying the service to allow for this process. Please confirm that you will not serve the subpoenas before conferring with us and raising the issue with the court, if necessary.



**Pooja Shethji | Associate**
Pronouns: she/her/hers
601 Massachusetts Ave NW, Suite 200W | Washington, DC 20001
Main: 202-847-4400  Fax: 646-509-2012

Direct: 202-847-4426
Email: PShethji@outtengolden.com



This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
*Please consider the environment before printing this e-mail.*

---

**From:** Mordecai, Emily <EMordecai@hunton.com>
**Sent:** Thursday, September 1, 2022 2:34 PM
**To:** Shethji, Pooja <PShethji@outtengolden.com>; Waskom, Thomas R. <twaskom@hunton.com>; Quackenboss, Bob <rquackenboss@hunton.com>; Gaunt, Kevin E. <KGaunt@hunton.com>; Podolny, Meghan A. <mpodolny@hunton.com>; Butler, Daniel <DButler@hunton.com>
**Cc:** Walmart Plaintiffs Counsel <WalmartPlaintiffsCounsel@outtengolden.com>; Thomason, Nicholas <NThomason@hunton.com>
**Subject:** RE: Walmart_Ramos - Walmart's Notice of Intent to Serve Subpoena

Hi Pooja—

Based on our notes regarding the May 12 meet-and-confer, Christopher asked us to provide notice prior to serving any third-party subpoenas. We've done that. That is also all we're required to do under Rule 45(a)(4), so we plan to move forward with service to avoid delay. You've requested to meet and confer next week, and we are happy to do so. We only ask that in advance of any discussion, you identify the specific issues you wish to discuss.

Thanks,
Emily

---

**From:** Shethji, Pooja <PShethji@outtengolden.com>
**Sent:** Wednesday, August 31, 2022 3:05 PM
**To:** Mordecai, Emily <EMordecai@hunton.com>; Waskom, Thomas R. <twaskom@hunton.com>; Quackenboss, Bob <rquackenboss@hunton.com>; Gaunt, Kevin E. <KGaunt@hunton.com>; Podolny, Meghan A. <mpodolny@hunton.com>; Butler, Daniel <DButler@hunton.com>
**Cc:** Walmart Plaintiffs Counsel <WalmartPlaintiffsCounsel@outtengolden.com>; Thomason, Nicholas <NThomason@hunton.com>
**Subject:** RE: Walmart_Ramos - Walmart's Notice of Intent to Serve Subpoena

> Caution: This email originated from outside of the firm.

Hi Emily,

During the parties' May 12, 2022 meet and confer, Christopher had previewed our request to review and discuss any third-party subpoenas before service given the potential prejudice to the named plaintiffs. We need to confer about, for example, the reason for the subpoenas and the relevance of the information sought, whether there are less invasive and less harmful means other than a

subpoena, and whether the subpoenas can be narrowed.

Thanks,
Pooja



**Pooja Shethji | Associate**
Pronouns: she/her/hers
601 Massachusetts Ave NW, Suite 200W | Washington, DC 20001
Main: 202-847-4400  Fax: 646-509-2012
Direct: 202-847-4426
Email: PShethji@outtengolden.com



This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
*Please consider the environment before printing this e-mail.*

**From:** Mordecai, Emily <EMordecai@hunton.com>
**Sent:** Wednesday, August 31, 2022 1:05 PM
**To:** Shethji, Pooja <PShethji@outtengolden.com>; Waskom, Thomas R. <twaskom@hunton.com>; Quackenboss, Bob <rquackenboss@hunton.com>; Gaunt, Kevin E. <KGaunt@hunton.com>; Podolny, Meghan A. <mpodolny@hunton.com>; Butler, Daniel <DButler@hunton.com>
**Cc:** Walmart Plaintiffs Counsel <WalmartPlaintiffsCounsel@outtengolden.com>; Thomason, Nicholas <NThomason@hunton.com>
**Subject:** RE: Walmart_Ramos - Walmart's Notice of Intent to Serve Subpoena

Thanks, Pooja.  Please let us know what issues you need to confer about.

**From:** Shethji, Pooja <PShethji@outtengolden.com>
**Sent:** Wednesday, August 31, 2022 12:23 PM
**To:** Waskom, Thomas R. <twaskom@hunton.com>; Quackenboss, Bob <rquackenboss@hunton.com>; Gaunt, Kevin E. <KGaunt@hunton.com>; Podolny, Meghan A. <mpodolny@hunton.com>; Mordecai, Emily <EMordecai@hunton.com>; Butler, Daniel <DButler@hunton.com>
**Cc:** Walmart Plaintiffs Counsel <WalmartPlaintiffsCounsel@outtengolden.com>; Thomason, Nicholas <NThomason@hunton.com>
**Subject:** RE: Walmart_Ramos - Walmart's Notice of Intent to Serve Subpoena

Caution: This email originated from outside of the firm.

Dear counsel,

To avoid potential prejudice and in the interest of efficiency, Plaintiffs request that the parties meet and confer regarding the subpoenas before they are served. Would you please let us know your team's availability for a meet and confer next week?

Thanks,
Pooja



**Pooja Shethji | Associate**
Pronouns: she/her/hers
601 Massachusetts Ave NW, Suite 200W |  Washington, DC 20001
Main: 202-847-4400  Fax: 646-509-2012
Direct: 202-847-4426
Email: PShethji@outtengolden.com



This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
Please consider the environment before printing this e-mail.

**From:** Thomason, Nicholas <NThomason@hunton.com>
**Sent:** Wednesday, August 31, 2022 11:17 AM
**To:** Theodorou, Eliana J. <etheodorou@outtengolden.com>; Shethji, Pooja <PShethji@outtengolden.com>; Walmart Plaintiffs Counsel <WalmartPlaintiffsCounsel@outtengolden.com>
**Cc:** Waskom, Thomas R. <twaskom@hunton.com>; Quackenboss, Bob <rquackenboss@hunton.com>; Gaunt, Kevin E. <KGaunt@hunton.com>; Podolny, Meghan A. <mpodolny@hunton.com>; Mordecai, Emily <EMordecai@hunton.com>; Butler, Daniel <DButler@hunton.com>
**Subject:** Walmart_Ramos - Walmart's Notice of Intent to Serve Subpoena

***Sent on behalf of Thomas Waskom:***

Please see attached the Notice of Intent to Serve Subpoena.

Thank you,
Nicholas

> **Nicholas Thomason**
> Paralegal

nthomason@HuntonAK.com
p   804.344.7915

Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

HuntonAK.com