**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JACQUELINE RAMOS and EDWIN JOHNSON, individually and on behalf of all others similarly situated, | Case No. 2:21-cv-13827(BRM)(AME) |
| Plaintiffs, | **ORDER** |
| v. | |
| WALMART INC., | |
| Defendant. | |

**THIS MATTER** is before the Court on objections to two related Report and Recommendations ("R&R") by Special Master Freda L. Wolfson, U.S.D.J. (ret.) ("Judge Wolfson"), dated January 31, 2025 (ECF No. 193) (the "January 31 R&R") and March 17, 2025 R&R (ECF No. 197) (the "March 17 R&R") (together, the "R&Rs"), respectively.

Defendant Walmart Inc.'s ("Defendant") filed an objection to the January 31 R&R. (ECF No. 198.) Plaintiffs filed a response (ECF No. 201), and Defendant filed a reply (ECF No. 203).

Plaintiffs filed conditional objections to both the January 31 R&R and the March 17 R&R. (ECF No. 199.) Defendant filed an opposition (ECF No. 200), and Plaintiffs filed a reply (ECF No. 202).

In October 2025, Plaintiffs filed a notice of supplemental authority (ECF No. 206), to which Defendants responded (ECF No. 207).

Having reviewed and considered the parties' submissions filed in connection with the R&Rs and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

1

**IT IS** on this 7th day of May 2026,

**ORDERED** that the parties' objections are **OVERRULED**, and the R&Rs (ECF Nos. 193, 197) are **ADOPTED**. Plaintiffs' motion for leave to file a third amended complaint (ECF No. 166) is **GRANTED** as recommended in the R&Rs, and resolution of the temporal scope issue is **DEFERRED** to the class certification stage.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**