**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JACQUELINE RAMOS and EDWIN JOHNSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>WALMART INC.,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-13827-BRM-AME<br><br>Judge Brian R. Martinotti<br>Magistrate Judge André M. Espinosa<br>Special Master Freda L. Wolfson |

**JOINT STIPULATION REGARDING FILING OF**
**REVISED THIRD AMENDED COMPLAINT**

Plaintiffs Jacqueline Ramos and Edwin Johnson (collectively "Plaintiffs") and Defendant Walmart Inc. (or "Defendant"), pursuant to Fed. R. Civ. P. 15(a)(2), jointly stipulate as follows. A clean version of the proposed Revised Third Amended Complaint is attached as **Exhibit A**, and a redline version showing how the complaint differs from the version previously submitted to the Court, *see* ECF No. 166-3, is attached as **Exhibit B**.

In support of this stipulation, the parties state as follows:

1.　　　Plaintiffs filed their Complaint on July 19, 2021, *see* ECF No. 1, First Amended Complaint on September 23, 2021, *see* ECF No. 16, and their Second Amended Complaint on December 21, 2021, *see* ECF No. 34.

2.　　　Plaintiffs moved for leave to file a third amended complaint, withdrawing former named plaintiffs Edwin Johnson and Jacqueline Ramos on June 6, 2024, *see* ECF No. 166.  The Court granted Plaintiffs' motion to amend on May 7, 2026, permitting (1) Plaintiffs to file a third amended complaint and (2) the substitution of John Nole and Rahshan Paige for Edwin Johnson and Jacqueline Ramos as named plaintiffs, *see* ECF Nos. 208 & 209.

3.      After the Court granted Plaintiffs' motion for leave to file a third amended complaint, Plaintiffs disclosed to Defendant that Plaintiffs would seek to add a third new named plaintiff, Tierra Eason, via the Revised Third Amended Complaint.  Plaintiffs provided the proposed Revised Third Amended Complaint to Defendant on May 8, 2026.

4.      Defendant consented to the filing of the Revised Third Amended Complaint on May 22, 2026.  While consenting to the filing of the Revised Third Amended Complaint for the purpose of efficiency, Defendant does not concede that Ms. Eason can state a claim against Defendant or can satisfy any Rule 23(a) requirements.  Defendant reserves all defenses regarding the Revised Third Amended Complaint and the three new Named Plaintiffs.

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs shall file their Revised Third Amended Complaint in the form attached hereto as Exhibit A within seven (7) days of the Court's approval.

**IT IS SO STIPULATED.**

2

Dated: June 3, 2026

Respectfully submitted,

*/s/Robert T. Quackenboss*

*/s/ Gregory Chiarello*

**HUNTON ANDREWS KURTH LLP**
Robert T. Quackenboss
Kevin E. Gaunt (admitted *pro hac vice*)
rquackenboss@HuntonAK.com
kgaunt@HuntonAK.com
2200 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 419-2149

Thomas R. Waskom (admitted *pro hac vice*)
Meghan A. Podolny (admitted *pro hac vice*)
twaskom@HuntonAK.com
mpodolny@HuntonAK.com
951 East Byrd Street
Richmond, Virginia 23219
Tel: (804) 788-8403
Daniel J. Butler (admitted *pro hac vice*)
dbutler@HuntonAK.com
333 SE 2nd Avenue, Suite 2400
Miami, FL 33131
Tel: (305) 810-2519

*Attorneys for Defendant Walmart Inc.*

**OUTTEN & GOLDEN LLP**
Adam T. Klein*
Gregory Chiarello
Christopher M. McNerney*
Eliana J. Theodorou*
Jarron D. McAllister*
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Email: atk@outtengolden.com
Email: gchiarello@outtengolden.com
Email: cmcnerney@outtengolden.com
Email: etheodorou@outtengolden.com
Email: jmcallister@outtengolden.com

**OUTTEN & GOLDEN LLP**
Ossai Miazad*
Daniel S. Stromberg*
Pooja Shethji*
1225 New York Avenue NW
Suite 1200B
Washington, D.C. 20005
Telephone: (202) 847-4400
Email: om@outtengolden.com
Email: dstromberg@outtengolden.com
Email: pshethji@outtengolden.com

3

**YOUTH REPRESENT**
Shomari Ward*
Simratpal Kaur*
11 Park Place, Suite 1512
New York, New York 10007
Telephone: (646) 759-8080
Email: sward@youthrepresent.org
Email: skaur@youthrepresent.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Classes*


**SO ORDERED.**


DATED: _____          _____
                                  Hon. Andre M. Espinosa
                                  United States Magistrate Judge