**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN NOLE, RAHSHAN PAIGE, and TIERRA EASON, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>WALMART INC.,<br><br>          Defendant. | Case No. 2:21-cv-13827-BRM-AME<br><br>Hon. Brian R. Martinotti, U.S.D.J.<br>Hon. Andre M. Espinosa, U.S.M.J.<br>Special Master Hon. Freda L. Wolfson (ret.) |

**SCHEDULING ORDER**

**THIS MATTER** having come before the Court for a status conference held on June 4, 2026, in which all parties were represented, the Court hereby Orders as follows:

1. Walmart will file a responsive pleading or motion directed to the Revised Third Amended Complaint on or before **June 19, 2026**.

2. The following deadlines shall apply to the discovery schedule below:

   a. Plaintiffs will provide written objections and responses to Walmart's discovery requests served on May 29, 2026, and Walmart will provide updated disclosures by **July 1, 2026**.

   b. Plaintiffs will complete production of responsive documents to Walmart's RFPs and Walmart will produce updated copies of policy documents by **July 15, 2026**.

   c. Walmart will complete its supplementation of custodial discovery by **August 18, 2026**.

   d. Walmart will complete depositions of all three named Plaintiffs by **September 15, 2026**.

   e. Plaintiffs will complete the 30(b)(6) deposition of Walmart by **October 5, 2026**.

   f. Within one month of the close of this period of pre-class certification discovery, the parties will provide the Special Master with a proposed schedule for class-specific expert discovery and class certification briefing.

3.  A status conference will be held on July 23, 2026 at 2:30 p.m., to discuss outstanding discovery issues, if any.  The status conference will be held via Zoom.

**IT IS SO ORDERED** on this 23rd day of June, 2026,

*/s/ Freda L. Wolfson*
Hon. Freda L. Wolfson (ret.)
Special Master